# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RODRIGUEZ GASTELUM, JR., | NO. LA CV 12-08260-VBF-MAN |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Document ("Doc") 1), the respondent's answer (Doc 10), the Lodged Documents listed in Doc 11, the Magistrate Judge's Report and Recommendation ("R&R"), and the applicable law.  The time for objecting to the R&R has passed, and no objections have been filed.  It is ordered that:

The well-reasoned Report and Recommendation is **ADOPTED**.

The habeas corpus petition is **DENIED** for lack of merit.

This action is **DISMISSED with prejudice**.

As required by Fed. R. Civ. P. 58(a), judgment shall be entered by separate document.

DATED:   December 3, 2014

*Valerie Baker Fairbank*
———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE