UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RODRIGUEZ GASTELUM, JR., <br> Petitioner, <br> v. <br> DANIEL PARAMO, WARDEN, <br> Respondent. | NO. LA CV 12-08260-VBF-MAN <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent warden and against the petitioner.

DATED: December 3, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE